```
TERRY A. DAKE, LTD.
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (602) 710-1005
tdake@cox.net
```

**Terry A. Dake - 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| TYRONE J. VICKERS; | ) | Case No. 2:14-BK-14326-BKM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO COMPEL COMPLIANCE
WITH 11 U.S.C. §521
AND NOTICE OF BAR DATE**

The trustee moves this Court for the entry of an order compelling the debtor to comply with 11 U.S.C. §521. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED December 15, 2014.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake - 009656
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. At the time that this case was filed, the debtor had a 2004 BMW with non-exempt equity. The trustee has asked the debtor to provide proof of current insurance, photos, and an offer if he wants

to retain the vehicle. Nothing has been provided. Accordingly, the BMW needs to be turned over to the trustee.

2. At the time the case was filed, the debtor had $3,009.24 in his account at Desert Schools FCU, acct. xx5766, and an additional $298.81 in acct. xx9086. After allowing a $300.00 exemption, the debtor owes the estate $3,008.05. To date, the debtor has not turned over those funds.

3. The debtor received a paycheck for $1,431.55 immediately after the case was filed. After allowing an exemption of 75%, the debtor owes the estate $358.52. To date, the debtor has not turned over those funds.

11 U.S.C. §521(a)(3) requires the debtor to cooperate with the trustee. 11 U.S.C. §521(a)(4) requires the debtor to "surrender to the trustee all property of the estate" The debtor has not complied with these duties. The trustee requests that the Court enter an order compelling compliance with §521(a)(3) & (a)(4) by the delivery of these assets to the trustee not later than 7 days after date of the order.

**WHEREFORE**, the trustee prays for the entry of an order compelling the debtor to immediately turn over the BMW to the trustee along with the $3,366.57 due to the estate.

DATED December 15, 2014.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621

2

| | |
|---|---|
| 1 | **NOTICE OF BAR DATE FOR OBJECTIONS** |
| 2 | **PLEASE TAKE NOTICE** that any objections to the trustee's motion must be filed with the Clerk of the Bankruptcy Court, 230 North First Avenue, Ste. 101, Phoenix, Arizona 85003-1706, and a copy of such objection must be mailed to counsel for the trustee, whose name and address appears below, not later than **December 29, 2014.** If an objection is timely filed and served, then the Court will conduct a hearing to resolve such objection. If no objection is timely filed and served, the Court may grant the relief sought in the trustee's motion without further notice or hearing. |

The name and address of counsel for the trustee is as follows:

>    Terry A. Dake, Esq.
>    ***TERRY A. DAKE, LTD.***
>    11811 North Tatum Boulevard
>    Suite 3031
>    Phoenix, Arizona  85028-1621

   DATED December 15, 2014.

>                    ***TERRY A. DAKE, LTD.***
>
>                    By   /s/ TD009656
>                       Terry A. Dake – 009656
>                       11811 North Tatum Boulevard
>                       Suite 3031
>                       Phoenix, Arizona 85028-1621


Copy e-mailed on December 15, 2014 to:

ADAM E. HAUF
The Law Office of Adam Hauf
Adobe Pointe Office Park
4225 W Glendale Ave
Suite A104
Phoenix, AZ 85051
623-252-0742
Fax : 623-321-2310
Email: adam@hauflaw.com

 /s/ TD009656

3