*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| TYRONE J. VICKERS; | ) | Case No. 2:14-BK-14326-BKM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING
MOTION TO COMPEL COMPLIANCE
WITH 11 U.S.C. §521**

The trustee having filed a Motion To Compel Compliance With 11 U.S.C. §521 And Notice Of Bar Date (Admin. Dkt. No. 18); and

The Court having conducted a hearing on January 7, 2015 at 1:30 p.m.; and

Good cause appearing.

**IT IS ORDERED** that, on or before January 21, 2015, the debtor shall provide to the trustee proof of insurance for the 2004 BMW along with digital photos of that vehicle. The photos shall depict the front, back, both sides and odometer of the vehicle.

**IT IS FURTHER ORDERED** that the debtor shall turn over to the trustee the $3,008.05 in non-exempt bank funds and the $358.52 in non-exempt wages which are property of the estate.

**DATED AND SIGNED ABOVE.**